MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Selena Sheri Gooden

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Debtors:
 Michigan Treasury, Governor Gretchen Whitmer
 United States Dept. of Treasury, Steve Mnuchin
 John Thomlinson PC Administrators.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* Fulton County Courts

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☒ No
*(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Selena Sheri Gooden
- Street Address: 26326 Cherry Hill, Apt 103
- City and County: Dearborn Heights MI 48127
- State and Zip Code: MI 48127 Wayne County
- Telephone Number: 313 412 4898
- E-mail Address: Careermail11@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**

- Name: Governor Gretchen Whitmer
- Job or Title (if known): Michigan Dept. of Treasury
- Street Address: P.O. Box 30013
- City and County: Lansing; Ingham County
- State and Zip Code: Michigan 48909
- Telephone Number: 517 373 3400
- E-mail Address (if known): Governorsoffice@michigan.gov

**Defendant No. 2**

- Name: Steve Mnuchin
- Job or Title (if known): Treasury Secretary
- Street Address: 1500 Pennsylvania Ave. NW
- City and County: Prince George County
- State and Zip Code: Washington DC 20220
- Telephone Number: 202 622-2000
- E-mail Address (if known): FCdems@mail.house.gov

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

Name: John Thomlinson PC
Job or Title (if known):
Street Address: 3905 Harrison Rd. Ste. 100
City and County: Loganville; Walton County
State and Zip Code: Georgia 30052
Telephone Number: 770 554 4990
E-mail Address (if known): Shannon@tomlinson.com

Defendant No. 4

Name: Fulton County Courts
Job or Title (if known):
Street Address: 136 Pryor Street, Ste C155
City and County: Atlanta; Fulton County
State and Zip Code: Georgia 30303
Telephone Number: 404 613 5313
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*  Subject Matter Jurisdiction & personal Jurisdiction.

☒ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____,
      is a citizen of the State of *(name)* _____

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____,
      is incorporated under the laws of the State of *(name)*
      _____, and has its principal place of business in the
      State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the
      State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation
      The defendant, *(name)* _____, is incorporated
      under the laws of the State of *(name)* _____, and
      has its principal place of business in the State of *(name)*
      _____. Or is incorporated under the laws of
      *(foreign nation)* _____, and has its principal place
      of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: The Total Settlement Amount Due is $1.2 Billion. The Scotus verdict + the offer of Congressman Andrew Levin, Congressman Sander Levin, + Senate Majority Leader Mitch McConnell. Exception is John Tomlinson PC. John Tomlinson PC owes Minor Child Caleb Nathaniel Gooden $200,000 from Estate of Zackary Ellis

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Judge please help the Petitioner INVOICE her debtors. The INVOICE should be a court order to each debtor. The Judge will need to Convert the SCOTUS Certified Relief Directive to Collection Court ORDERS. We are Not trying the case again. Judiciary Committee member Kamahla Harris advised Advised Petitioner to schedule AN urgent Hearing. Zoom Technology is the Expected Hearing Room. The Petition cannot be DISMISSED. The Judge is requested to help Authorized the petitioner recover relief from Michigan Treasury, U.S. Treasury, John Tomlinson PC + help the Petitioner Enforce the CERT Judgement Directive of SCOTUS + the Settlement offered Decisions of The Levins, Senate Majority Leader McConnell, Judiciary Chairmen, U.S. Solicitor General, + President. They convicted Petitioners child's abductors and hostagers + offered A sentence Recommendation of 260 years Against My child Abductor +

5

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Child Hostaging offenders. See Attached List.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

① U.S. Dept. of Treasury: $450 Million
② Michigan Treasury $750 Million
③ John Tomlinson PC $200,000 to Minor child Caleb Gooden. Will be 18 years old Nov. 5, 2020 & is Entitled to His fathers Probate. His Father Zackary Ellis. Additionally John Tomlinson is prosecuted within the SCOTUS Certified Directive. → ow so Caleb Gooden $8,000.
④ Fulton County, GA Judges Gary Alembik + Judge Wendy Shoob are prosecuted by SCOTUS Certified. Petitioner NEEDS Solicitor General to Enforce the Judgement.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9.10 , 20 20.

Signature of Plaintiff    Selena Gooden
Printed Name of Plaintiff    Selena S. Gooden

6

**Additional Information:**

IV. (5) Fulton County has an $8,000 Debt in their records. Fulton County Judges: Gary Alembik, Wendy Shoob are prosecuted by President Trump, U.S. Solicitor General Donald Verilli, Judiciary. Along with Michigan Judge Lynn Pierce.

Senator Carl Levin confessed to orchestration of Abduction and hostaging. Senator Carl Levin is deceased, additionally Kate Levin. They had been orchestraters & conspiraters.

Fulton County Court Georgia needs to refund Caleb Gogolen $8,000 that they had stolen from his father & tried extorted to extort $8,000 from me, his mother. The Wayne County Prosecuters office had revealed that I had been a victim of cover up crimes.

7

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**(b)** County of Residence of First Listed Plaintiff  Selena Gooden
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

County of Residence of First Listed Defendant  Michigan Treas.
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [x] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| [x] 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/Exchange |
| Recover Relief + Enforce Directive | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| | | ☐ 791 Employee Retirement Income Security Act | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: U.S. District Court Eastern District of MI ORDERS Debtors to pay petitions,

Brief description of cause: Collecting Money from A Judgement, etc.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☑ Yes ☐ No

   If yes, give the following information:

   Court: ~~U.S. District Court~~   No. This Collections
   
   Case No.: _____   case has never
   
   Judge: _____   Been Dismissed.

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☑ Yes ☐ No

   If yes, give the following information:

   Court: U.S. District Court Eastern District of MI
   
   Case No.: _____
   
   Judge: Victoria Roberts

Notes :

## Federal Leaders Praise Ms. Gooden

Selena Gooden <careermail11@gmail.com>

Thu 9/10/2020 12:20 PM

To: ods06109cpc <ods06109cpc@OfficeDepot.com>

1. DEFENSE SECRETARY PANETTA SAID MS. GOODEN IS BRILLIANT, PROVOCATIVE AND ENTITLED TO HONOR MEDAL.
2. IN 2011 DEFENSE SECRETARY ROBERT GATES ACKNOWLEDGED MS. GOODEN IS A WONDERFUL WOMAN.
3. IN 2015 U.S SOLICITOR GENERAL DONALD VERRILLI HAD DETERMINED MS. GOODEN IS ENTITLED TO VICTORY POSITIONED DEFAULT IN MAY 2015.
4. IN MAY 2015 U.S.ATTORNEY GENERALS ERIK HOLDER, U.S ATTORNEY GENERAL LORETTA LYNCH, CONGRESSMAN CONYERS, SENATE MAJORITY LEADER MITCH MCCONNEL RESCUED CALEB FROM HOSTAGING AND RETURNED CALEB TO HIS MOTHER.
5. IN JANUARY 2015 THRU MAY 2015 MS. GOODEN HAD ALSO PETITIONED $2 BILLION MONETARY RELIEF. HOWEVER HER MONETARY RELIEF WAS STOLEN IN MAY 2015 AT THE SUPREME COURT OF THE UNITED STATES.
6. NOVEMBER 2016, PRESIDENT TRUMP WON THE PRESIDENCY AND TOLD MS.GOODEN HE WOULD HELP HER.
7. IN 2017 GOVERNMENT OVERSIGHT CHAIRMAN JASON CHAVETZ STATEDMS. GOODEN IS ENTITLED TO WEALTH AND HONOR.
8. IN 2017 FBI DIRECTOR JAMES COMEY DETERMINED MS. GOODEN IS ENTITLED TO
   $7 BILLION WEALTH REFUND.
9. IN 2017 RETIRED JUDICIARY CONGRESSMAN CONYERS ACKNOWLEDGED MS. GOODEN'S REVENUE EARNINGS AMOUNT IS $64 BILLION.
10. IN 2018 GOVERNMENT OVERSIGHT CHAIRMAN TREY GOWDY ACKNOWLEDGED MS. GOODEN IS ENTITLED TO A COMPLETE REFUND JUST ON THE PRINCIPLE, MS.GOODEN DIDN'T OWE A DEBT OF SERVICE.
11. FROM JAN.2017 TO CURRENT, PRESIDENT TRUMP NEGOTIATED AND APPROVED MS.GOODEN'S SETTLEMENT RELIEF DEAL.SETTLEMENT RELIEF WAS THE ONLY REMAINING OPTION TO PROVIDE MS. GOODEN HER RELIEF.
12. IN MAY, 2018 JUDICIARY CHAIRMAN BOB GOODLATTE AND JUDICIARY MEMBER SHELIA JACKSON LEE APPROVED MS. GOODEN'S SETTLEMENT RELIEF DEAL.
13. PRESIDENT TRUMP WAS SERVED TO CONFIRM THE DEAL AND DID NOT DISPUTE THE RELIEF DEAL HE APPROVED.
14. IN JUNE, 2018 U.S. SOLICITOR GENERAL NOEL FRANCISCO ON BEHALF OF THE USDOJ AND SUPREME COURT WAS SERVED TO CONFIRM MS. GOODEN'S RELIEF DEAL AND DID NOT DISPUTE THE APPROVED RELIEF DEAL THAT PRESIDENT TRUMP AND JUDICIARY APPROVED AND ALLOWED THE APPROVED RELIEF TO DEFAULT JUDGEMENT IN FAVOR OF PETITIONER IN JULY 2018.
15. IN JULY 2018, MS. GOODEN REQUESTED RELIEF BY DEFAULT FAVORABLE TO MS. GOODEN.
16. AUGUST 2018  PRESIDENT TRUMP INFORMED MS. GOODEN IS IN ENTITLED TO THE APPROVED SETTLEMENT RELIEF ON MERIT LIKEWISE.
17. SEPTEMBER, 2018 MS. GOODEN REQUESTED JUSTICE GINSBURG AUTHORIZE RELIEF.
18. SEPTEMBER 14, 2018 CLERK OF THE U.S. SUPREME COURT CLERK STAMP OF APPROVAL CERTIFIED SETTLEMENT RELIEF. "THE SCOTUS MUST PROVIDE"
19. AFTER SEPTEMBER 14, 2018  SENATOR LEVIN TOLD MS. GOODEN TO PAY 30% TO 40% TAXES ON THE APPROVED AMOUNT.  MS. GOODEN SAID OKAY.  40% TAXABLE AMOUNT REDUCED FROM 2 BILLION IS $1.2 BILLION.
20. SEPTEMBER 14, 2018 SENATE MAJORITY LEADER MITCH MCCONNEL TOLD MS. GOODEN SHE DID NOT HAVE TO PAY ADDITIONAL TAXES.  $2 BILLION IS THE DIRECT DEPOSIT AMOUNT TAXES ALREADY WITHELD.  SENATOR MCCONNEL NEXT THANKED MS. GOODEN FOR HER SERVICE AND TOLD MS. GOODEN SHE BEAT THE GOV'T MOB.



Certified
Approved
Defaulted
to
Petitioner

RECEIVED
SEP 14 2018
SCOTUS MUST PROVIDE
OFFICE OF THE CLERK
SUPREME COURT, U.S.

