September 9, 2018

Scott S. Harris, Clerk &
Clayton R. Higgins, Jr.
Supreme Court of the United States
Office of the Clerk    ONE First Street
Washington, DC 20543

*[handwritten top right]* Defaulted FAVORABLE TO Petitioner Relief. President Trump SAID Petitioner won the Approved The Settlement Agreement Relief ON MERIT. Don't Serve Him this LTR Regarding this WON thru Default.

*"Default is the processing option of how the courts would want a petition processed in favor of the petitioner if the served defendant failed to dispute or failed to respond with answers".*

This is my response to your letter of September 4, 2018.

*[handwritten]* STOP TAMPERING WITH MY petitions!!  (1)

➤ The Supreme Court cannot attempt to begin another iteration of the Default Judgement in Favor of Petitioner process because the petitioner won.

➤ The Court cannot file a late response for the reason: the petitioner had requested Entry of Default Judgement favorable to her and that was received by the courts on July 18, 2018.

➤ The Petitioner had taken proper steps to request Entry of Default favorable to her.

➤ One of the three or all: Judiciary, Senator Levin, President Trump guided petitioner having won to impose a deadline against the Supreme Court of the United States to hold the Supreme Court Accountable for the reason the Supreme Court is unlawfully late in providing petitioner relief.

➤ However for the reasons of courtesy, the Petitioner is responding to the questions of the Supreme Court of the United States despite they've asked for information post the right of Legal Default Judgement in Favor of Petitioner victory in an approved Settlement Relief Agreement. *[handwritten]* WON

The Supreme Court of the United States and the U.S. Solicitor General missed its JULY 2018 legal deadline to dispute or answer the Approved Settlement-Relief Petition Filed with the Court on June 6,2018. Legal service had been President Trump on June 11, 2018 and legal petition service to the Solicitor General on June 6, 2018. PRESIDENT TRUMP HAS INFORMED THE PETITIONER SHE HAS WON HER SETTLEMENT RELIEF DEFAULT JUDGEMENT IN FAVOR OF PETITONER ON MERIT.

*[handwritten]* Certified on Paragraph Presidential MERITORIOUS Served ON

In other words, ____ President Trump on behalf of the government; the Supreme Court of the United States, and the US Solicitor General forfeited any case that would reverse their July 2018 Decision to provide Ms. Gooden Settlement Victory. The Petitioner requested entry of defaulted judgement in favor of petitioner ( ___ is a Copy of the Motion for entry of Default Judgement in Favor of Petitioner). The Court, having sent a September 4, 2018 letter to Ms. Gooden with copies of her court petitions and requests, deliberately failed to send a copy of Petitioners (MOTION REQUEST FOR ENTRY OF DEFAULT):

*[handwritten]* DELIBERATE  ENCLOSED  Attempted COVER UP

*[handwritten]* Petitioner's ENTRY OF DEFAULT USPS'D

*[handwritten left]* Defaulted Favorable Relief Plausible + Certified.

*[handwritten right]* THIS IS APPROVAL  Plausibility Provable.

*[handwritten across table]* CERTIFIED SCOTUS LAID IT'S SEAL OF APPROVAL precise on Directive

| RECIPIENT | NOTARIZED | USPS MAILED | RECEIVED |
|---|---|---|---|
| | BY COMERICA BANK BRANCH VICE PRESIDENT | | |
| U.S. SOLICITOR GENERAL PRESIDENT | 7.5.18 | 7.10.18 | 7.17.18 |
| U.S. SUPREME COURT | 7.5.18 | 7.10.18 | 7.17.18 |

*[handwritten]* MS. GOODEN

PRESIDENT TRUMP HAD CONVEYED IN AUGUST 2018 THAT I WON THE APPROVED SETTLEMENT RELIEF ON MERIT. *[handwritten]* on 9.10.18 IN RESPONSE TO THE SUPREME COURT CLERK'S LETTER OF 9.4.2018, HAVING TRIED TO DELAY RELIEF DEPOSIT, OR HAVING TRIED AGAIN TO ATTEMPT TO STEAL RELIEF FROM PETITIONER.

SELENA SHERI GOODEN, PETITIONER
9.10.18 RESPONSE TO THE SUPREME COURT CLERK'S SEPTEMBER 4, 2018 LATE LETTER
MS. GOODEN ALREADY QUALIFIES FOR DEFAULT JUDGEMENT IN FAVOR OF PETITIONER THAT SCOTUS MUST PROVIDE
BY ACCOUNTABLE DATE: 9.30.18.

*[handwritten bottom]* CERTIFIED, SCOTUS LAID IT'S Seal Directly on Directive SCOTUS MUST PROVIDE RELIEF.    SCOTUS MUST PROVIDE.

*[stamp]* RECEIVED SEP 14 2018 OFFICE OF THE CLERK SUPREME COURT, U.S.

*Caleb Gooden*

PLEASE DON'T FORGET ROCKDALE COUNTY PROBATE COURT, CONVICTED ASSAILANTS, *ARE* MUST PROVIDE ~~ME~~ A CHECK FROM ZACKARY ELLIS' PROBATE, CALEB'S FATHER. BECAUSE THAT RELIEF DEMAND FOR CALEB'S INHERITENCE ALSO DEFAULTED FAVORABLE TO PETITIONER, *His Mother.*

PLEASE MAKE SURE THAT POLICE CHIEF JAMES CRAIG (~~ACCOUNTABLE FOR~~ CHILD ABDUCTION *FAILED* AND MISSING CHILD RECOVERY THAT, HE'D OBSTRUCTED, ALONG WITH OTHER *ARE* ~~CHARGED AND~~ *AND* PROSECUTED ~~ARE ARRESTED~~ FOR CHILD ABDUCTION AND HOSTAGING THAT OCCURRED FROM JULY 2013 TO MAY 2015. *U.S. Attorney General rescued AND Returned Petitioners Child to her.*

I'M EXPECTING A RESPONSE FROM THE SUPREME COURT, AND THE REQUESTED JUSTICE IS RUTH GINSBURG WHO I'D BEEN COMMUNICATING WITH VIA EMAIL AND ON TWITTER, ALONG WITH PRESIDENT TRUMP, SENATOR CARL LEVIN. CHIEF JUSTICE *.MY* ROBERTS(AUTOMATIC RECUSED FROM THIS SETTLEMENT THAT HAD GROWN OUT OF ORIGINAL U.S. SUPREME COURT CASE 148524), *Because he had tried to force* ⑤ *Marry a Disinterested Petitioner opposite Religios And Virtue than he has NONE, while Gooden is pure straight AND of Christian values and Holy Spirit.*
SINCERELY,

*Selena Gooden*

SELENA S. GOODEN

CC: PRESIDENT DONALD TRUMP CARE OF KELLEY ANNE CONWAY ATTORNEY
JUSTICE GINSBURG

SENATOR CARL LEVIN (SENATOR LEVIN, MY MOTHER IS IN CHRONIC PAIN, SHE'S BEST RESIDING WHERE SHE IS IN RIVERVIEW, MI UNTIL I MOVE HER IN WITH ME. YOU HAD INVADED MY MOTHER ENOUGH WITH THE CONCEPTIONS AND RICH MARKS, AND YOU NAMED ALL OF HER CHILDREN ON THEIR BIRTHDAYS, 11 AND THE FAMILY IDENTITY IS NOT JUST LEVIN IS "LOVE AND WAR" MILITARY TREASURES THAT MAP TO YOUR POWERFUL HISTORY, INCLUDING THE COURTS AND ATTORNEY GENERAL OFFICES AND UNITED STATES SYMBOLISM.

State of _MI_
County of _Wayne_

On this day, personally appeared before me _Selena Gooden_ known to be the person who's proven identity in the signature administration of this written instrument.

_(signature)_
(Notary Public)                                              *10-4-18*

My Commission Expires: _8-1-2024_

LIELA HAZIMEH
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires August 01, 2024
Acting in the County of _Wayne_

SELENA GOODEN RE: MOTION LETTER TO SCOTUS, RE: SENATOR LEVIN'S EXPLOITATION TO WITHHOLD 30 TO 40 PERCENT TAX FROM RELIEF FROM PETITIONER'S RELIEF.
10.3.2018

ON 9.10.18.

PRESIDENT TRUMP RESPONDED THAT "PETITIONER DOESN'T NEED TO SERVE HIM A CORRECTED PETITION REQUESTED BY THE SUPREME COURT OF THE UNITED STATES," *President Trump*

*SAID THE Petitioner WON HER LAWSUIT Relief*

THE PETITIONER ISN'T, **POST DEFAULT JUDGEMENT IN FAVOR OF PETITIONER**, CHANGING THE PETITION, OR ANY OF HER PREVIOUS MOTIONS THAT AMENDED THE ORIGINAL PETITION. HOWEVER IS HAPPY TO CLARIFY ANY **POST DEFAULT JUDGEMENT IN FAVOR OF PETITIONER ISSUES** THE COURT MIGHT HAVE AS LONG AS IT DOESN'T HAMPER THE DEADLINE IMPOSED. *Stop tampering with my petition*

*Causing me to make Revisions.*

PRESIDENT TRUMP, SENATOR LEVIN, AND JUDICIARY CHAIRMAN BOB GOODLATTE OF THE THREE OF THEM ONE OF THEM GUIDED ME ON 9.6.18 *MAKE THEA Sun of THEM APP ACCOUNTABLE BY APPLYING a DEADLINE.* CHIEF JUSTICE ROBERTS RESPONDED THAT RELIEF WOULD BE PROVIDED 15 TO 20 BUSINESS DAYS FROM 9.6.18. HOWEVER IF THE SCOTUS AND SCOTUS CLERKS REQUIRE A FEW EXTRA DAYS BEYOND SEPTEMBER 21, 2018, I'M AGREEABLE TO ACCEPT THAT THE COURTS WILL ACCOMPLISH MY JUDGEMENT AND RELIEF DEPOSIT BY SEPTEMBER 30. 2018.

## MY COURTESY RESPONSES TO THE COURTS POST DEFAULT JUDGEMENT IN FAVOR OF PETITIONER QUESTIONS

1. The Petitioners Settlement Agreement Petition states explicitly what exceptional circumstances warrant the exercise of the Supreme Courts, Judiciary Committees, and the Presidents Discretion Power.

*Senator Levin*

2. My insane victimizers derived from the United States District Court Eastern District of Michigan (Levin Building). U.S. Armed Services Chairman Senator Levin, Judiciary Power at U.S. District Court Eastern District of Michigan; Judiciary Power of former Judiciary Chairman Congressman John Conyers has admitted guilt and said he is willing to surrender to court-order psychiatric evaluation for himself. *Senator Levis is A* **charged assailant** that President Trump has decided has diplomatic immunity. *However, Police Chief Craig is Not, He's Prosecuted)(*

*Police Chief Craig IS Prosecuted*

*Senator Levin is A*

3. The petition provides significant reasons why her Settlement Relief isn't filed in U.S. District Court Eastern District of Michigan. The court has sinister and unlawful involvement in the two year abduction and hostaging of Ms. Gooden's only child, Caleb Gooden.

4. You have not appended a copy of the judgement or order in respect of which the writ is sought. I petitioned my "President & Judiciary Committee approved 2018 Settlement Agreement/Petition" and served President Trump and the U.S. Solicitor General. I was invited by Chief Justice John Roberts, U.S. Supreme Court to petition my approved Settlement Agreement/Petition to the U.S. Supreme Court. Additionally, the Supreme Court of the United States has copies of any old Judgement and Orders and case files Supreme Court Case 14-8524 dating back to 2015 Writ of Certiorari.

*AND*

5. My "President & Judiciary Committee approved 2018 Settlement Agreement~~Petition~~" explicitly specifies all of the Relief approved and sought. Additionally, regarding the monetary relief aspect, the amount is $3.5 billion and a $700,000,000 Late penalty fee assessed against the government.

*Petition*

6. The petition does not follow the form prescribed by Rule 14 as required by Rule 20.2. My "President & Judiciary Committee approved 2018 Settlement Agreement~~Petition~~ was approved. Was not a case that needed to be processed and ~~not~~ heard by a Panel of Justices. Was handled like an individual application or a case that the President, and Judiciary Committee had already decided on. They had. Additionally, <u>You're late in your inquiry.</u> I won my My "President & Judiciary Committee approved 2018 Settlement that I filed with the courts by default judgement in favor of petitioner.

SELENA SHERI GOODEN, *Petitioner*
9.10.18 RESPONSE TO THE SUPREME COURT CLERK'S SEPTEMBER 4, 2018 LATE LETTER
MS. GOODEN ALREADY QUALIFIES FOR DEFAULT JUDGEMENT IN FAVOR OF PETITIONER THAT SCOTUS MUST PROVIDE BY ACCOUNTABLE DATE: 9.30.18.

2.

*[Handwritten at top:] MS. Gooden was wrongly Forced to make corrections to Her Petition because of corrupt*

*[Handwritten left margin vertical:] This Affidavit is Executed*

7. A copy of the corrected petition must be served on opposing counsel. I have not corrected the Petition and Settlement Agreement I filed beyond the Motion to Amend that I filed June 26, 2018 issues related to Catrina Ravenel's Punishment and the Fact that I Validated that Police Chief Craig is charged with Abduction, Kidnapping, Missing Child Victimization, and is involved with Zack's death and probate theft. Additionally, President Trump has ~~NOT DISARMED~~ "Ms. Gooden won her lawsuit on MERIT". President Trump doesn't need to have a corrected petition served on him or his counsel *[handwritten: they]* helped me, Selena Gooden achieve *[handwritten: settlement.]*

However is there are other Post Default Judgement in Favor of the Petitioner issues where you are seeking clarity please ask and I've been courteous. *[handwritten: June 26, 2018]*

*[handwritten: The Motion regarding Catrina was NOT Disputed]*

There is one problem regarding Catrina's Ravenel's punishment. Catrina needs to work and parent her kids while she is under house arrest in Michigan. However, I think it would be in her children's best interest if I shared co-guardianship with Catrina or Catrina co-guardian with Rashonda Ravenel shared co-guardian with Catrina. I, the eldest and lawsuit victor should be the co-guardian. Catrina's punishment should follow the arrest of Police Chief Craig; Wayne, County assailants; Rockdale County assailants; Fulton County Assailants; and Gwinnett County Assailants. *[handwritten circled: 3]*

My other request is that the Supreme Court of the United States is suppose to make sure that My criminal record is in impeccable condition the way it was before I was illegally invaded by Levin's insanity, exploitation, and Radicalism. The ~~SCOTUS~~ suppose to clean up and fix all defamation online and within any courts and police stations. The Court is also suppose to clean up any police records that would endanger my child and have him perceived as Missing now that the U.S. Attorney General has found him and returned him to me in 2015. FIX ALL RECORDS IN POLICE STATIONS; SHERIFF DEPARTMENTS; AND COURTS IN: GWINNETT COUNTY, GA; FULTON COUNTY, GA; ROCKDALE COUNTY, GA; WAYNE COUNTY, MI; FEDERAL RECORDS; AND CENTER FOR MISSING AND EXPLOITED CHILDREN. PROVIDE MS. SELENA GOODEN WITH A JUDGEMENT ALSO THAT CLEARS HER'S AND BABY CALEB'S NAME AND VALIDATES IMPECCABLE LAWS ABIDING CITIZENS RECORD, THE TRUTH.

REMINDER SEPTEMBER 30, 2018 IS THE COURTS NEW DEADLINE TO PROVIDE MY RELIEF JUDGEMENT AND HAVE THE US. DEPT. OF TREASURY DEPOSIT MY CHECK INTO MY CHECKING ACCOUNT.

*[Signature: Selena Gooden]*         *[handwritten: 9-11-18]*

PETITIONER, SELENA S. GOODEN

*[Handwritten left margin vertical:] Don't execute Catrina Ravenel! The U.S. Atty General have to solid SCOTUS Were Not suppose to Fix Catrina Ravenel Q!*

STATE OF MICHIGAN

COUNTY OF WAYNE

I THE UNDERSIGNED NOTARY PUBLIC HEREBY AFFIRM THAT SELENA SHERI GOODEN PERSONALLY APPEARED BEFORE ME ON THE DAY OF SEPTEMBER __11__ 2018 AND SIGNED THE AFFIDAVIT ABOVE OF HER FREE AND VOLUNTARY DEED AND ACTIONS.

*[Signature]*     

NOTARY

> LIELA HAZIMEH
> NOTARY PUBLIC - STATE OF MICHIGAN
> COUNTY OF WAYNE
> My Commission Expires August 01, 2024
> Acting in the County of Wayne

*[handwritten: 9-11-18]*

ENCLOSED: DIRECT DEPOSIT LETTER
COPY OF 7.5.18 NOTARIZED MOTION FOR ENTRY OF DEFAULT JUDGEMENT IN FAVOR OF PETITIONER, SELENA SHERI GOODEN

SELENA SHERI GOODEN
9.10.18 RESPONSE TO THE SUPREME COURT CLERK'S SEPTEMBER 4, 2018 LATE LETTER
MS. GOODEN ALREADY QUALIFIES FOR DEFAULT JUDGEMENT IN FAVOR OF PETITIONER THAT SCOTUS MUST PROVIDE BY ACCOUNTABLE DATE: 9.30.18.

*[handwritten: 3.]*

SUPREME COURT OF THE UNITED STATES

**SELENA GOODEN, PETITIONER**

VS.

SUPREME COURT CASE:TBD

SETTLEMENT GREW FROM SUPREME COURT  CASE 148524

UNITED STATES ETAL, RESPONDANT

10/3/18

MR. CLAYTON HIGGINS
CLERK OF THE COURT
SUPREME COURT OF THE UNITED STATES
ONE FIRST STREET, NE
WASHINGTON, DC 20543



RE:  MOTION LETTER RE: SENATOR CARL LEVIN'S BULLYING TO WITHHOLD 30 TO 40 PERCENT TAXES
        FROM RELIEF.

ATTENTION CLAYTON AND *Thomas*

I RECEIVED CORRESPONDENCE FROM YOU ON 9.30.2018. YOU DIDN'T REQUIRE ACTION. *Your Sept. 4, 2018 Supreme Court Received Stamp of my 9.9.2018 Letter* CLAYTON HIGGENS, CLERK  AT THE SUPREME COURT OF THE UNITED STATES MISSED THE 9.30.18 DEADLINE TO PAY ME MY RELIEF THAT PRESIDENT TRUMP, JUDICIARY CHAIRMAN GOODLATTE, AND JUDICIARY MEMBER SHELIA JACKSON LEE, AND U.S SOLICITOR GENERAL NOEL FRANCISCO APPROVED. I ESCALATED TO JUSTICE *Thomas* TO WRITE THE DEFAULT JUDGEMENT FAVORING PETITIONER COURT ORDER AND COPIED PRESIDENT TRUMP, AND SENATOR CARL LEVIN, 38 YEAR SENATE STRONGHOLD; 38 YEAR U.S. SENATE JUDICIARY STRONGHOLD; 52 YEAR CONGRESSIONAL STRONGHOLD, AND 52 YEAR CONGRESSIONAL JUDICIARY STRONGHOLD, AND 38 U.S SENATE ARMED SERVICES COMMITTEE AND PRESIDENTS FLIGHTS, AIRFORCE ONE. *The Response is: The Legal Default Policy Favored Petitioner, and Relief is SCOTUS CERTIFIED.*

SENATOR CARL LEVIN'S RESPONSE: SENATOR LEVIN REINTRODUCED HIS DEMAND THAT I AM EXPECTED TO PAY 30 TO 40 PERCENT TAXABLE OF MY RELIEF.

THE AMOUNTS OF MONETARY RELIEF APPROVED AND DEFAULTED FAVORABLE TO ME ARE EACH:

       $4.2 BILLION
       $64 BILLION
       $2 BILLION

I'M NOT GOING NEGOTIATE ABOUT 30 OR 40 PERCENT TAXES WHEN MY MOTHER'S LIFE AND HEALTH ARE AT RISK. SENATOR LEVIN *GOV'T* CAN TAKE 30 TO 40 TAXABLE PERCENTAGE FROM $2Billion. BILLION? IN FACT, DEDUCT 40 PERCENT TAXABLE.  DIRECT DEPOSIT MY RELIEF CHECK OF $1.2Billion. BILLION BY OCTOBER 15, 2018 & PROVIDE MY JUDGEMENT.  ADDITIONALLY, BY OCTOBER 15, 2018 GIVE ME ALL OTHER NON MONETARY APPROVED RELIEF DEMANDS EVERYTHING THAT DEFAULTED FAVORABLE TO ME.

SELENA GOODEN RE: MOTION LETTER TO SCOTUS, RE: SENATOR LEVIN'S EXPLOITATION TO WITHHOLD 30 TO 40 PERCENT TAX FROM RELIEF FROM PETITIONER'S RELIEF.
10.3.2018
1 | P a g e

*States "SCOT U.S. Must Provide." &*

**CLARIFIED RELIEF DEMANDS, FOR JUSTICE** ~~~~ **QUICK GLANCE**

I ACHIEVED MY SETTLEMENT ON MERIT.

SENATOR LEVIN SAID IT WAS MERIT FROM FOUNDATION OF LAWSUIT. DIDN'T OWE A DEBT OF SERVICE. HOWEVER EXCELLENCE WAS WORKED.

PRESIDENT TRUMP ACKNOWLEDGED WITHIN THE PAST 5 WEEKS THAT MS. GOODEN'S SETTLEMENT RELIEF IS A RESULT OF MS. GOODEN'S HIGH MERIT.



1) I AM ENTITLED TO BE PROVIDED (A) $3.5 BILLION AND $700,000,000. DIRECT DEPOSIT INTO MY CHECKING ACCOUNT NO LATER THAN 10.15.18. (NEW) **AFTER TAX WITHHOLDING CHECK AMOUNT IS 1.2 BILLION.**

2)PRESIDENT TRUMP HAS EXPLICITLY SAID HE'S NOT PROSECUTING SENATOR CARL LEVIN. HOWEVER SENATOR LEVIN VOLUNTEERED TO BE GIVEN COURT ORDERED TO PSYCHIATRIC THERAPY. WE ACCEPTED that offering.

ADD

3)CATRINA RAVENEL IS TO RECEIVE HOUSE ARREST IN MICHIGAN. CATRINA HAS TO WORK HER JOB AND TAKE CARE OF HER OWN CHILDREN WHILE SHE IS UNDER HOUSE ARREST, NOT TO EXCEED 10 YEARS.

ARE           MY

4)ALL OF MY REMAINING ASSAILANTS CHARGED WITHIN SETTLEMENT AGREEMENT/PETITION DEFAULTED FAVOR OF PETITIONER, THEREFORE ASSAILANTS ARE TO BE ARRESTED, PUBLIC HUMILIATION. IMPLEMENT THE PUBLIC APOLOGY PENALTY, AND MINIMAL SENTENCING SCALABLE TO DEATH PENALTY. THE CHARGES ARE CHILD ABDUCTION; CHILD HOSTAGING, CONSPIRACY, FALSE ARREST AND IMPRISONMENT, AIDING AND ABETTING TERRORISM. GO TO HELL POLICE CHIEF JAMES CRAIG! THE RELIEF IS APPROVED BY PRESIDENT AND JUDICIARY AND MY INTENTIONS ~~ARE~~ OBSESSIVE THAT MY CHILD'S ABDUCTORS AND HOSTAGERS ARE PROSECUTED.

5)MS. GOODEN IS ENTITLED TO AN IMPECCABLE CRIMINAL AND COURTS RECORD HISTORY. CLEAN UP OR PURGE ANY AND ALL COURT RECORDS REGARDING MS. GOODEN, ZACKARY ELLIS, OR CALEB GOODEN IN: (a)GWINNETT COUNTY COURTS, GA; (b)FULTON COUNTY COURTS, GA; (c)ROCKDALE COUNTY COURTS, GA;(d) INTERNET DEFAMATION; (e) WAYNE COUNTY COURT, MI; (f) U.S DISTRICT COURT EASTERN DISTRICT OF MI; (g) U.S DISTRICT COURT NORTHERN DISTRICT OF GEORGIA; (h) ROCKDALE COUNTY SHERIFF'S DEPARTMENT; (i) CONYERS POLICE DEPARTMENT; (j) FULTON COUNTY POLICE DEPARTMENT; (k) NATIONAL CENTERS FOR MISSING AND EXPLOITED CHILDREN; (L) DETROIT POLICE DEPARTMENT. THESE ARE ALL OF THE PLACES WHERE MS. GOODEN HAD TO FILE CLAIMS OR COMPLAINT. (M) IMPECCABLE FBI CASE FILE TOO. JUSTICE Against Her's & Caleb's Victimizers.

*Please*

I'M ENTITLED TO HONOR MEDALS.   SET AN EXPECTATION OF WHICH HONOR MEDALS CALEB AND I ARE GOING TO RECEIVE IN THE FUTURE? PULLITIZER PRIZE; OSCAR, GRAMMY, EMMY'S GOLDEN GLOBE, AMERICAN MUSIC AWARD, HONOR MEDALS, MEDAL OF COURAGE

PLEASE PROVIDE MY DEFAULT JUDGEMENT IN FAVOR OF PETITIONER JUDGEMENT ORDER BY 10.15.18

PLEASE DON'T' FORGET THAT ROCKDALE COUNTY, GA  PROBATE COURT AND PROBATE ADMINISTRATOR JOHN THOMLINSON, PC IN LOGANVILLE, GA HAS TO PROVIDE ME A SEPARATE CHECK FROM THE PROBATE OF ZACKARY ELLIS.  THAT MONEY IS CALEB'S INHERITENCE FROM HIS FATHER'S ESTATE. THAT WAS AN UNDISPUTED RELIEF DEMAND WITHIN THE 6.5.2018 PETITION.

THE CHARGE SHEET AGAINST MY ASSAILANTS IS WITHIN THE 6.5.2018 PETITION.  *Along with* A MOTION TO AMEND WAS ENTERED ON *June 26, 2018* . TO ENSURE THAT POLICE CHIEF JAMES CRAIG IS ARRESTED AND PROSECUTED AND THAT CATRINA RAVENEL DOES NOT RECEIVE THE DEATH PENALTY. HOUSE ARREST WAS APPROVED FOR HER. *Catrina Revenel.*

## FEDERAL LEADERS PRAISE MS. SELENA GOODEN

*[Handwritten:]* Case Defaulted Favorable to petitioner, Selena Gooden, which is an automatic Loss for Defendant.

*[Handwritten:]* Plausibility. Gooden was on Default. Discussion About Relief And Scotus Certified Settlement Deal.

FDRL LDRS PRAISE GOODEN

1. DEFENSE SECRETARY PANETTA STATED MS. GOODEN IS BRILLIANT, PROVOCATIVE AND ENTITLED TO HONOR MEDAL.

2. IN 2011 DEFENSE SECRETARY ROBERT GATES ACKNOWLEDGED MS. GOODEN IS A WONDERFUL WOMAN.

3. IN 2015 U.S SOLICITOR GENERAL DONALD VERRILLI HAD DETERMINED MS. GOODEN IS ENTITLED TO VICTORY POSITIONED DEFAULT IN MAY 2015.

4. IN MAY 2015 U.S.ATTORNEY GENERALS ERIK HOLDER, U.S ATTORNEY GENERAL CONGRESSMAN CONYERS, SENATE MAJORITY LEADER MITCH MCCONNEL RESCUED CALEB FROM HOSTAGING AND RETURNED CALEB TO HIS MOTHER.

5. IN JANUARY 2015 THRU MAY 2015 MS. GOODEN HAD ALSO PETITIONED $2 BILLION MONETARY RELIEF. HOWEVER HER MONETARY RELIEF WAS STOLEN IN MAY 2015 AT THE SUPREME COURT OF THE UNITED STATES.

6. NOVEMBER 2016, PRESIDENT TRUMP WON THE PRESIDENCY AND TOLD MS.GOODEN HE WOULD HELP HER.

7. IN 2017 GOVERNMENT OVERSIGHT CHAIRMAN JASON CHAVETZ STATEDMS. GOODEN IS ENTITLED TO WEALTH AND HONOR.

8. IN 2017 FBI DIRECTOR JAMES COMEY DETERMINED MS. GOODEN IS ENTITLED TO $7 BILLION WEALTH REFUND.

9. IN 2017 RETIRED JUDICIARY CONGRESSMAN CONYERS ACKNOWLEDGED MS. GOODEN'S REVENUE EARNINGS AMOUNT IS $64 BILLION.

10. IN 2018 GOVERNMENT OVERSIGHT CHAIRMAN TREY GOWDY ACKNOWLEDGED MS. GOODEN IS ENTITLED TO A COMPLETE REFUND JUST ON THE PRINCIPLE, MS.GOODEN DIDN'T OWE A DEBT OF SERVICE.

11. FROM JAN.2017 TO CURRENT, PRESIDENT TRUMP NEGOTIATED AND APPROVED MS.GOODEN'S SETTLEMENT RELIEF DEAL.SETTLEMENT RELIEF WAS THE ONLY REMAINING OPTION TO PROVIDE MS. GOODEN HER RELIEF.

12. IN MAY, 2018 JUDICIARY CHAIRMAN BOB GOODLATTE AND JUDICIARY MEMBER SHELIA JACKSON LEE APPROVED MS. GOODEN'S SETTLEMENT RELIEF DEAL.

13. PRESIDENT TRUMP WAS SERVED TO CONFIRM THE DEAL AND DID NOT DISPUTE THE RELIEF DEAL HE APPROVED.

14. IN JUNE, 2018 U.S. SOLICITOR GENERAL NOEL FRANCISCO ON BEHALF OF THE USDOJ AND SUPREME COURT WAS SERVED TO CONFIRM MS. GOODEN'S RELIEF DEAL AND DID NOT DISPUTE THE APPROVED RELIEF DEAL THAT PRESIDENT TRUMP AND JUDICIARY APPROVED AND ALLOWED THE APPROVED RELIEF TO DEFAULT JUDGEMENT IN FAVOR OF PETITIONER IN JULY 2018.

15. IN JULY 2018, MS. GOODEN REQUESTED RELIEF BY DEFAULT FAVORABLE TO MS. GOODEN.

16. AUGUST 2018  PRESIDENT TRUMP INFORMED MS. GOODEN IS IN ENTITLED TO THE APPROVED SETTLEMENT RELIEF ON MERIT LIKEWISE.

17. SEPTEMBER, 2018 MS. GOODEN REQUESTED JUSTICE GINSBURG AUTHORIZE RELIEF.

18. SEPTEMBER 14, 2018 CLERK OF THE U.S. SUPREME COURT CLERK STAMP OF APPROVAL CERTIFIED SETTLEMENT RELIEF. "THE SCOTUS MUST PROVIDE"

19. AFTER SEPTEMBER 14, 2018  SENATOR LEVIN TOLD MS. GOODEN TO PAY 30% TO 40% TAXES ON THE APPROVED AMOUNT.  MS. GOODEN SAID OKAY.  40% TAXABLE AMOUNT REDUCED FROM 2 BILLION IS $1.2 BILLION.

20. SEPTEMBER 14, 2018 SENATE MAJORITY LEADER MITCH MCCONNEL TOLD MS. GOODEN SHE DID NOT HAVE TO PAY ADDITIONAL TAXES.  $2 BILLION IS THE DIRECT DEPOSIT AMOUNT TAXES ALREADY WITHELD.

2,2.7°

No. 148524.

IN THE

SUPREME COURT OF THE UNITED STATES

Selena Gooden CREDITOR PETITIONER
(Your Name)

Settlement
That
Derived
from Case
148524.

VS.

U.S. Gov't (No President Trump
+ U.S. Treasury RESPONDENT(S)

MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

The petitioner asks leave to file the attached petition for a ~~writ of certiorari~~ Extra ORDINARY writ
without prepayment of costs and to proceed *in forma pauperis.*

Please check the appropriate boxes:

☐ Petitioner has previously been granted leave to proceed *in forma pauperis* in
the following court(s):

U.S. Supreme Court

☐ Petitioner has **not** previously been granted leave to proceed *in forma
pauperis* in any other court.

☐ Petitioner's affidavit or declaration in support of this motion is attached hereto.

☐ Petitioner's affidavit or declaration is **not** attached because the court below
appointed counsel in the current proceeding, and:

☐ The appointment was made under the following provision of law: _____
_____, or

☐ a copy of the order of appointment is appended.

Selena Gooden
(Signature)

RECEIVED
JUN -6 2018
OFFICE OF THE CLERK
SUPREME COURT, U.S.

Proof of Filing
Defaulted Favorable to Gooden
Setcrei.

# U.S. SUPREME COURT OF THE UNITED STATES

SELENA GOODEN U.S.

VS.                                    148524

UNITED STATES

<div style="border:1px solid">
RECEIVED
JUN 1 2 2018
OFFICE OF THE CLERK
SUPREME COURT, U.S.
</div>

*Settlement that Derived from Case 148524*

*Settlement*

*Case was settled with President Trump*

*Judiciary Approved Judgement In Favor of Petitioner*

*Chief Justice Roberts invited Petitioner to Petition SCOTUS For A Relief Order & Help with check delivery to petitioner!!*

# EMERGENCY APPLICATION  *(Coverpage)*

*Failure to Respond is an Automatic Loss for Defendant*

# Rule 60. Relief from a Judgment or Order, or Proceeding.

**(d)** Other Powers to Grant Relief. This rule does not limit a court's power to:
**(1)** entertain an independent action to relieve a party from a judgment, order, or proceeding;

*Defendants, Failed to Respond or Dispute. SCOTUS Clerk Stamped Certified 9.14.18*

PRESIDENT TRUMP HAS SETTLED THE LAWSUIT WITH PETITIONER.
WHILE THE JUDICIARY COMMITTEE HAS APPROVED THE SETTLEMENT
AND 5/30/18 REAFFIRMED THEIR ADJUDICATION DETERMINATION JUDGEMENT IN
FAVOR OF PETITIONER.

*Proof of Filing. President Trump AND U.S. Solicitor General. Defaulted Favorable to Petitioner, Selena Gooden*