UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Selena Sheri Gooden,

          Plaintiff,

v.

Gretchen Whitmer, Governor of Michigan,
Steve Mnuchin, Secretary of the Treasury,
John Tomlinson P.C. Administrators,
Fulton County, Georgia Courts

          Defendants.
_____/

Case No. 20-cv-12507

Paul D. Borman
United States District Judge

## OPINION AND ORDER DISMISSING COMPLAINT

On September 10, 2020, Selena Sheri Gooden filed a handwritten *pro se* complaint in this court against Michigan Governor Gretchen Whitmer, United States Treasury Secretary Steve Mnuchin, John Tomlinson, PC, and the Court system of Fulton County, Georgia. (ECF No. 1.) Gooden's claims include extortion, abduction and hostage taking by a United States Senator, and cover-ups, among other contentions. (ECF No. 1.) Gooden claims she is entitled to settlements totaling $1.2 billion. (*Id*. PageID.5.) Gooden requests to proceed *in forma pauperis*. (ECF No. 2 PageID.24.)

Pursuant to 28 U.S.C. §1915(e)(2)(B), the Court may dismiss any action file *in forma pauperis* that is factually frivolous, malicious, fails to state a claim upon

1

which relief may be granted, or seeks monetary relief against a defendant who is immune from suit. Factual frivolousness includes allegations that are "clearly baseless," "fantastic," or "delusional." *Neitzke v. Wiliams*, 490 U.S. 319, 327–28 (1989).

Accordingly, Gooden's Complaint is **DISMISSED** as frivolous, and her request to proceed *in forma pauperis* is **MOOT**. IT IS SO ORDERED.

Dated September 21, 2020

s/Paul D. Borman
Paul D. Borman
United States District Judge